NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

KA 04-794

STATE OF LOUISIANA

VERSUS

NATHANIEL SMITH

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 19645-02
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE
\*\*\*\*\*\*\*\*\*\*

**GLENN B. GREMILLION**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and J. David Painter, Judges.

**SENTENCE AMENDED AND AFFIRMED AS AMENDED.**

**Robert Richard Bryant, Jr.**
**District Attorney**
**1020 Ryan Street**
**Lake Charles, LA 70602**
**(337) 437-3400**
**Counsel for Plaintiff/Appellee**
       **State of Louisiana**

**Carla Sue Sigler**
**Assistant District Attorney**
**P. O. Box 3206**
**Lake Charles, LA 70602**
**(337) 437-3400**
**Counsel for Plaintiff/Appellee**
**State of Louisiana**

**G. Paul Marx**
**Louisiana Appellate Project**
**P. O. Box 82389**
**Lafayette, LA 70598-2389**
**(337) 237-2537**
**Counsel for Defendant/Appellant**
**Nathaniel Smith**